**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7735**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NAMOND EARL WILLIAMS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge;
Frank A. Kaufman, Senior District Judge. (CR-90-135-K, CA-97-1256-
JFM)

———————

Submitted: March 12, 1998           Decided: March 26, 1998

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Namond Earl Williams, Appellant Pro Se. Katharine Jacobs Armen-
trout, Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, dismiss the appeal on the reasoning of the district court, and deny Appellant's motion to supplement the record. United States v. Williams, Nos. CR-90-135-K; CA-97-1256-JFM (D. Md. Oct. 30 & Nov. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2